UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASIM SHAH EBERHART,<br><br>                    Plaintiff,<br><br>          -against-<br><br>DUTCHESS COUNTY JAIL; ET AL.,<br><br>                    Defendants. | 26 CIVIL 03070 (LTS)<br><br>**<u>CIVIL JUDGMENT</u>** |

For the reasons stated in the May 29, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    June 2, 2026

          New York, New York

                                                  /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge